

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00675-CR

Angelina **SARABIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4398W
Honorable Lori I. Valenzuela, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:    Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  May 1, 2013

AFFIRMED

Appellant, Angelina Sarabia, pled no contest to the charge of theft under $1,500.00, enhanced.  Adjudication of guilt was deferred and appellant's sentence was suspended and she was placed on community supervision for two years.  Later, the State moved to revoke appellant's community supervision.  At a hearing on the motion to revoke, appellant pled "true" to violating a condition of her community supervision.  On appeal, appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  Counsel concludes that the

appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). Appellant was informed of her right to review the record. Counsel provided appellant with a copy of the brief and advised her of her right to file a pro se brief. Appellant has not filed a brief. After reviewing the record, we agree that the appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment, and we GRANT appellate counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Sandee Bryan Marion, Justice

Do not publish

---

[1] No substitute counsel will be appointed. *See In re Schulman*, 252 S.W.3d 403, 408 n.22 (Tex. Crim. App. 2008). Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must comply with the requirements of Texas Rules of Appellate Procedure 68.4.